| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ROBERTA A. DeANGELIS<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Fran B. Steele, (FS 6336)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993 | Order Filed on 9/28/2009 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>Designline Construction Services, Inc. | Case No.: 09-21745 (KCF)<br><br>Chapter 11<br><br>Hearing Date: September 28, 2009 @ 2:00 p.m.<br><br>Judge: Katherine C. Ferguson |

**ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7**

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: 9/28/2009**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Designline Construction Services, Inc.

Chapter 11 Case No.: 09-21745 (KCF)

**Order Converting Chapter 11 Case to Chapter 7**
_____

Upon consideration of the Motion of the Acting United States Trustee by and through counsel, for an Order Converting this Chapter 11 case to Chapter 7, pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been give to the debtor and its counsel, and the Court having found cause for the entry of the within order, and good cause shown, it is hereby:

**ORDERED** that the motion of the Acting United States Trustee is hereby **GRANTED.**

*Approved by Judge Kathryn C. Ferguson  September 28, 2009*

# CERTIFICATE OF NOTICE

```
District/off: 0312-3            User: smather              Page 1 of 1                  Date Rcvd: Sep 29, 2009
Case: 09-21745                  Form ID: pdf903            Total Noticed: 1

The following entities were noticed by first class mail on Oct 01, 2009.
db           +Designline Construction Services, Inc.,    442 Route 35 South,    Building A, Third Floor,
               Eatontown, NJ 07724-2252
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2009**                    **Signature:** *Joseph Speetjens*