**STERNS & WEINROTH**
**A Professional Corporation**
Andrea Dobin (AD-7984)
Graig P. Corveleyn (GC-3393)
50 West State Street, Suite 1400
P.O. Box 1298
Trenton, New Jersey 08607
(609) 392-2100
Counsel to Thomas J. Orr, Chapter 7 Trustee

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 09-21745(KCF) |
| DESIGNLINE CONSTRUCTION SERVICES, INC., | Hon. Kathryn C. Ferguson, U.S.B.J. |
| Debtor. | **Hearing Date: July 12, 2010 at 10:00 a.m.** |
| | **ORAL ARGUMENT WAIVED UNLESS TIMELY OPPOSITION IS FILED** |

**CERTIFICATION OF SERVICE OF THE TRUSTEE'S MOTION TO SET THE BAR DATE FOR THE FILING OF CHAPTER 11 ADMINISTRATIVE CLAIMS AND APPROVE THE FORM OF NOTICE**

GRAIG P. CORVELEYN, of full age, certifies as follows:

1. I am an attorney at law in the State of New Jersey and an associate of the law firm of Sterns & Weinroth, A Professional Corporation. I am counsel to Thomas J. Orr, the Chapter 7 Trustee in the above-referenced bankruptcy case.

2. I have full knowledge of the facts set forth herein.

3. On June 15, 2010, I caused to be filed, on behalf of the Chapter 7 Trustee a the motion to set the bar date for the filing of Chapter 11 Administrative Claims and for approval of the form of notice (the "Motion), via the Court's CM/ECF system.

{00310261;v1}

4. On June 16, 2010, I caused to be served upon each of the individuals or entities identified on the service list herein, a true and correct copy of the Motion via United States first class mail, postage pre-paid.

## SERVICE LIST

Designline Construction Services, Inc.
442 Route 35 South
Building A, Third Floor
Eatontown, NJ 07724

Bruce D. Buechler
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Fran B. Steele
U.S. Department of Justice
Office of the US Trustee
One Newark Center
Suite 2100
Newark, NJ 07102-5504

John L. Laskey, Esq. (JL1424)
DILWORTH PAXSON LLP
A Pennsylvania Limited Liability
Partnership
Liberty View, Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

CONNELL FOLEY LLP
Stephen V. Falanga, Esq. (SV-6414)
85 Livingston Avenue
Roseland, New Jersey 07068

Walter F. Gavigan, Esquire
Gruccio, Pepper, De Santo & Ruth, P.A.
817 East Landis Avenue
P.O. Box 1501
Vineland, NJ 08352-1501

STERN, LAVINTHAL, FRANKENBERG & NORGAARD, LLC
184 Grand Avenue
Englewood, New Jersey 07631

Larry L. Miller, Esq. #3228
1423 State Road
Duncannon, Pennsylvania 17020

William F. McEnroe, Esq.
Pisarri, McEnroe & Careri
126 State Street
Hackensack, NJ 07601

Ira R. Deiches, Esq.
Deiches & Ferschmann, P.C.
25 Wilkins Avenue
Haddonfield, NJ 08033

Douglas J. Smillie, Esquire
Fitzpatrick Lentz & Bubba, P.C.
4001 Schoolhouse Lane
P. O. Box 219
Center Valley, PA 18034-0219

LOFARO & REISER, L.L.P.
55 Hudson Street
Hackensack, New Jersey 07601

WASSERMAN, JURISTA & STOLZ, P.C.
225 Millburn Avenue - Suite 207
P.O. Box 1029
Millburn, New Jersey 07041

{00310261;v1}

John C. Kilgannon, Esquire
STEVENS & LEE, P.C.
A PA Professional Corporation
1415 Route 70, East – Suite 506
Cherry Hill, NJ 08034

Marnie E. Simon, Esquire
STEVENS & LEE, P.C.
1818 Market Street
29th Floor
Philadelphia, PA 19101

Andrew Pincus (AP9295)
SEIDMAN & PINCUS, LLC.
777 Terrace Avenue, 5th Floor
Hasbrouck Heights, New Jersey 07604

Robert W. Keyser, Esquire
RK-7497
TAYLOR and KEYSER
13 Garden Street
Mt. Holly, New Jersey 08060

JOHN R. MORTON, JR.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057

NORRIS, McLAUGHLIN & MARCUS, PA
721 Route 202-206
P.O. Box 5933
Bridgewater, New Jersey 08807-5933

Schwatrz Kelly, LLC
67 Beaver Avenue, Suite 25
Annandale, NJ 08801

Westermann Sheehy Keenan Samaan & Aydelott, LLP
100 Quentin Roosevelt Blvd – Suite 502
Garden City, NY 11530

Todd W. Heck, Esquire
Basile & Testa, P.A.
424 Landis Avenue
Vineland, NJ 08360

Dreifuss Bonacci & Parker, LLP
26 Columbia Turnpike, North Entrance
Florham Park, NJ 07039

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800

FOX ROTHSCHILD LLP
Raymond M. Patella, Esq. (RMP 6161)
1301 Atlantic Avenue
Midtown Building – Suite 400
Atlantic City, NJ 08401

Tallman, Hudders & Sorrentino, P.C.
Wendy R.S. O'Connor, Esq.
1611 Pond Road, Suite 300
Allentown, PA18104-2221

Kanabis & Houle
320 State Street
P.O. Box 2022
New London, CT 06320

BRIAN D. SPECTOR, ESQ. (BS/7343)
DOUGLAS A. GOLDSTEIN, ESQ. (DG/5891)
SPECTOR & EHRENWORTH, P.C.
30 Columbia Turnpike
Florham Park, New Jersey 07932-2261

Anthony Paduano, Esq.
Paduano & Weintraub, LLP
1251 Avenue of the Americas, Ninth Floor
New York, NY 10020

John P. Leon, Esq.
Subranni, Ostrove & Zauber
750 Rte. 73 South, Ste 307B
Marlton, NJ 08053

{00310261;v1}

| | |
|---|---|
| Law Offices of William R. Connelly, LLC<br>7 West Main Street<br>Mendam, NJ 07945 | Andrew J. Kelly, Esq.<br>Kelly & Brennan, P.C.<br>1011 Highway 71, Suite 200<br>Spring Lake, NJ 07762-2030 |
| Anthony X. Arturi, Jr., Esq.<br>Arturi, D'Argenio, Guaglardi & Meliti, LLP<br>210 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | William J. Levant, Esq.<br>Kaplin Stewart Meloff Reiter & Stein PC<br>457 Haddonf ield Road, Suite 310<br>Cherry Hill, NJ 08002 |
| Robert C. Kohl<br>18 Green Drive<br>Toms River, NJ 08755 | David R. Lyons, Esq.<br>Lyons, Doughty & Veldhuis<br>136 Gaither Drive, Suite 100<br>Mt. Laurel, NJ 08054 |
| Linda S. Fossi, Esq. (ID #1720)<br>DEILY, MOONEY & GLASTETTER, LLP<br>One Greentree Centre<br>10000 Lincoln Drive East - Suite 201<br>Marlton, New Jersey 08053 | Vincent F. Papalia, Esq.<br>Saiber, LLC<br>One Gateway Center, 13th Floor<br>Newark, NJ 07102 |
| Gary P. Lightman, Esquire<br>Lightman & Manochi & Kornilowicz<br>20 Kings Highway West<br>Haddonfield, NJ 08033 | Thomas Orr, Esq.<br>Law Office of Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016-4496 |
| LINDABURY McCORMICK<br>ESTABROOK & COOPER, P.C.<br>Blake C. Width, Esq. (BW-2341)<br>Kenneth J. Soriero, Esq. (KS-6259)<br>53 Cardinal DriveP.O. Box 2369<br>Westfield, New Jersey 07091 | Robert L. Gutman, Esq.<br>Carluccio, Leone, Dimon & Doyle, LLC<br>9 Robbins Street<br>Toms River, NJ 08753 |
| Ruby Tuesday, Inc.<br>Attn: Legal Real Estate Department<br>150 West Church Avenue<br>Maryville, TN 37801 | LoFaro & Resier, LLP<br>William La Tourette, Esq.<br>55 Hudson Street<br>Hackensack, NJ |

I hereby certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 18, 2010        /s/ Graig P. Corveleyn
                            Graig P. Corveleyn

{00310261;v1}