Order Filed on
6/16/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Marc D. Miceli, Esq.<br>CARELLA, BYRNE, CECCHI, OLSTEIN,<br>  BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br><br>Attorneys for Marjam Supply Co., Inc. | Chapter 7<br><br>Case No. 09-21745 (KCF) |
| In re:<br><br>DESIGNLINE CONSTRUCTION SERVICES, INC.,<br><br>                              Debtor. | |

**CONSENT ORDER GRANTING MARJAM SUPPLY CO., INC., RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362(d)(1)**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED.**

**DATED: 6/16/2010**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Designline Construction Services, Inc. |
| Case Nos.: | 09-21745 (KCF) |
| Caption of Order: | Consent Order Granting Secured Creditor, Marjam Supply Co., Inc., Relief From Stay Pursuant To 11 U.S.C. §362(D)(1) |

---

This matter having been opened to the Court by Marjam Supply Co., Inc. ("Marjam"), by and through its attorneys, Carella Byrne, Cecchi, Olstein, Brody & Agnello, P.C. for entry of an order vacating the automatic stay provisions of 11 U.S.C. §362 as to Marjam for the limited purpose of allowing Marjam to name the debtor, Designline Construction Services, Inc. (the "Debtor") in a New Jersey State lien claim action captioned <u>Marjam Supply Co., Inc. v. Porto Heli, Inc., et al.</u>, pending in the Superior Court of New Jersey, Law Division, Union County, Docket No. UNN-L-1476-10 (the "Lien Claim Action"); and this matter having been resolved consensually by and between Marjam, though its counsel, and Thomas J. Orr, the Chapter 7 Trustee for the Debtor's bankruptcy case (the "Trustee"), though its counsel, Sterns & Weinroth, A Professional Corporation; and the Court noting the consent of the Trustee and movant to the form, substance and entry of the within Order; and good and sufficient cause appearing for the entry of the within order, it is:

**IT IS HEREBY ORDERED** as follows:

1. The automatic stay pursuant to 11 U.S.C. §362(a) is vacated as to Marjam for the expressed and limited purpose of allowing Marjam to name the Debtor as a defendant in the Lien Claim Action to conform with the requirements of <u>N.J.S.A.</u> 2A:44A-1, <u>et</u> <u>seq.</u>, which shall be referred to and shall be pleaded in the Lien Claim Action as "Designline Construction Services, Inc." and serve same upon counsel to the Trustee, and thereby to proceed in the Superior Court, State of New Jersey.

*[Signature page follows]*

*Approved by Judge Kathryn C. Ferguson June 16, 2010*

Page (3)

| | |
|---|---|
| Debtor: | Designline Construction Services, Inc. |
| Case Nos.: | 09-21745 (KCF) |
| Caption of Order: | Consent Order Granting Secured Creditor, Marjam Supply Co., Inc., Relief From Stay Pursuant To 11 U.S.C. §362(D)(1) |

---

The undersigned, being duly authorized to do so, hereby consent to the foregoing provisions.

CARELLA, BYRNE, CECCHI, OLSTEIN
 BRODY & AGNELLO, P.C.
Attorneys for Marjam Supply Co., Inc.

By:  /s/ Marc D. Miceli
       Marc D. Miceli, Esq.

STERNS & WEINROTH, A Professional Corporation,
Counsel to the Chapter 7 Trustee for Designline Services, Inc., Thomas J. Orr

By:  /s/ Graig P. Corveleyn
       Graig P. Corveleyn, Esq.

#396975v2

*Approved by Judge Kathryn C. Ferguson  June  16, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: smather             Page 1 of 1             Date Rcvd: Jun 17, 2010
Case: 09-21745                Form ID: pdf903           Total Noticed: 1

The following entities were noticed by first class mail on Jun 19, 2010.
db           +Designline Construction Services, Inc.,   442 Route 35 South,    Building A, Third Floor,
              Eatontown, NJ 07724-4254
The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2010**                           **Signature:**    *Joseph Speetjens*