| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**STERNS & WEINROTH**<br>**A Professional Corporation**<br>Andrea Dobin (AD-7984)<br>Graig P. Corveleyn (GC-3393)<br>50 West State Street, Suite 1400<br>P.O. Box 1298<br>Trenton, NJ 08607-1298<br>609-392-2100<br>Attorneys for Thomas J. Orr, Trustee | Order Filed on **7/19/2010** by Clerk U.S. Bankruptcy Court District of New Jersey |
| In re:<br><br>DESIGNLINE CONSTRUCTION SERVICES, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 09-21745 (KCF)<br><br>Hon. Kathryn C. Ferguson, U.S.B.J.<br><br>**Hearing Date: July 19, 2008 at 10:00 a.m.** |

**ORDER GRANTING TRUSTEE'S MOTION TO SET THE BAR DATE FOR THE FILING OF CHAPTER 11 ADMINISTRATIVE CLAIMS AND APPROVING THE FORM OF NOTICE**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 7/19/2010**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

{00303105;v1}

**(Page 2)**

Debtor: In re Designline Construction Services, Inc.
Case No. 09-21745 (KCF)
Caption of Order: Order Granting Trustee's Motion To Set the Bar Date for the Filing of Chapter 11 Administrative Claims and Approving the Form of Notice

**THIS MATTER** having been opened to the Court on upon the motion of Thomas J. Orr, Chapter 7 Trustee for Designline Construction Services, Inc. (the "Movant"), by and through his counsel, Sterns & Weinroth, a Professional Corporation, seeking entry of an Order Setting the Bar Date for the Filing of Chapter 11 Administrative Claims and Approving the Form of Notice ("Motion"), and the Court having read and considered the submissions of the parties and having heard and considered the arguments of counsel, if any, and for good cause shown;

**IT IS ORDERED** as follows:

1. The Motion is hereby **GRANTED** in its entirety.

2. The bar date for creditors to file Chapter 11 administrative claims shall be September 13, 2010.

3. The form of notice submitted by the Chapter 7 Trustee and annexed hereto and made part hereof as Exhibit "A" is hereby approved for notice to all creditors.

4. Counsel to the Chapter 7 Trustee shall serve upon creditors who provided post petition services to the Debtor and all those creditors who have already filed proofs of claim, a copy of the notice annexed hereto within five (5) days of the date of the Order herein, with a true copy of the Order herein.

{00303105;v1}

*Approved by Judge Kathryn C. Ferguson  July 19, 2010*

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT |
| DESIGNLINE CONSTRUCTION SERVICES, INC., | : : : | DISTRICT OF NEW JERSEY |
| Debtor. | : : | Chapter 7, Case No. 09-21745(KCF) |

**NOTICE OF CHAPTER 11 ADMINISTRATIVE CLAIM BAR DATE**

TO:   ALL POTENTIAL CHAPTER 11 ADMINISTRATIVE CLAIMANTS IN THE BANKRUPTCY CASE OF DESIGNLINE CONSTRUCTION SERVICES, INC.

Please take notice that on July 19, 2010, the Bankruptcy Court in the above-referenced case entered an Order **fixing September 13, 2010** as the last date to file Chapter 11 administrative claims against the Debtor's estate.

If you have a claim against DESIGNLINE CONSTRUCTION SERVICES, INC. (the "Debtor") that arose during the period of **May 7, 2009 through September 28, 2009,** your claim may constitute a Chapter 11 Administrative Claim, which may be entitled to receive preferred treatment under the Bankruptcy Code.  To file a Chapter 11 Administrative Claim in this case, you may complete this form, attach all supporting documentation, and return it to:  James J. Waldron, Clerk, United States Bankruptcy Court, District of New Jersey, 402 East State Street, Trenton, New Jersey 08608.  <u>The Clerk **must actually receive**</u> your claim form no later than the administrative claim bar date, September 13, 2010.  <u>If your claim is not received by the Clerk by September 13, 2010, it may be deemed invalid.</u>

---

**REQUEST FOR PAYMENT OF
CHAPTER 11 ADMINISTRATIVE CLAIM**
(Arising Between May 7, 2009 and September 28, 2009)

PLEASE TYPE OR PRINT NEATLY AND PROVIDE ALL SUPPORTING DOCUMENTATION

Name of creditor:_____

Telephone number:_____

Address where notices should be sent:_____
_____

Total amount of claim:_____

Basis for claim: [ ] Goods sold, [ ] Services performed, [ ] Money loaned,
              [ ] Other (Describe) _____

Date(s) debt was incurred (be specific):_____

**I hereby certify that the above statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.**

_____        _____
Date                                                              Signature

_____        _____
Title                                                              Print Name

{00303099;v1}

*Approved by Judge Kathryn C. Ferguson  July 19, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-3            User: smather              Page 1 of 1              Date Rcvd: Jul 19, 2010
Case: 09-21745                  Form ID: pdf903            Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 21, 2010.
db          +Designline Construction Services, Inc.,   442 Route 35 South,    Building A, Third Floor,
              Eatontown, NJ 07724-4254

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2010**                    **Signature:**    *Joseph Speetjens*